IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EBONY HENRY,

    Plaintiff,

vs.                                CASE NO.: 4:07cv105-SPM/WCS

EDUCATION REALITY TRUST
LLC, et al.,

    Defendants.
_____/

## ORDER EXTENDING TIME TO JOIN ADDITIONAL PARTIES

Upon consideration, Plaintiff's unopposed motion to extend time to join additional parties (doc. 22) is granted. Plaintiff shall have up to and including February 29, 2008, to join additional parties.

SO ORDERED this 28th day of January, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge