IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EBONY HENRY,

    Plaintiff,

vs.                                                                              CASE NO.: 4:07cv105-SPM/WCS

EDUCATION REALITY TRUST
LLC, et al.,

    Defendants.
_____/

**ORDER CONTINUING TRIAL AND**
**DIRECTING PARTIES TO FILE REVISED JOINT REPORT**

Upon consideration of the Joint Consent Motion to Continue Trial Date (doc. 29) it is,

ORDERED AND ADJUDGED:

1.    The motion (doc. 29) is granted.

2.    Trial is continued to November 17, 2008.

3.    Within 45 days of service of the third party complaint upon Simplex Grinnell, L.P., the parties shall file a revised joint report that meets the requirements of paragraph (2)(a) of the Initial Scheduling Order (doc. 7).  The report shall include a good faith estimate of when the parties believe the case will be ready for trial.

DONE AND ORDERED this 23rd day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge