IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EBONY HENRY,

    Plaintiff,

vs.                              CASE NO.: 4:07cv105-SPM/WCS

EDUCATION REALITY TRUST
LLC, et al.,

    Defendants.

_____/

**ORDER EXTENDING TIME TO RESPOND**

Upon consideration, Plaintiff's Amended Unopposed Motion for Extension of Time (doc. 39) is granted. Plaintiff shall have up to and including June 17, 2008, to respond to Defendants' motion for summary judgment.

SO ORDERED this 3rd day of June, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge